THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5: 09 -CV- 00352 – F

| | |
|---|---|
| THE NEIGHBORS LAW FIRM, P.C., and PATRICK E. NEIGHBORS, as<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT, LP and HYSKY COMMUNICATIONS, LLC,<br><br>Defendants. | **PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT IN REPLY**<br><br>FED. R. CIV. P. 56<br>Local Rule 7.2(e) |

COME NOW Plaintiffs, pursuant to Local Rule 7.2(e), and move this Honorable Court to allow them to exceed the page limit in their Reply to Defendant's Response to Plaintiffs' Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. Plaintiffs note that under Local Rule 7.2(e), Reply Memoranda should be limited to ten (10) pages without prior court approval. Plaintiffs do not know if the page limit refers to the Reply itself, or is inclusive of a supporting Memorandum of Law. If the page limit excludes a Supporting Memorandum of Law, Plaintiffs have exceeded the page limit.

WHEREFORE, Plaintiffs pray that this Honorable Court approve Plaintiffs' exceeding the page limit in their Reply to provide this Court with a Supporting Memorandum of Law.

This the 18th day of March, 2010.

        By:    /s/ Patrick E. Neighbors
               PATRICK E. NEIGHBORS
               *Pro Se*
               N.C. State Bar No. 27120
               2500 Regency Parkway
               Cary, North Carolina  27518
               Telephone:  (919) 654-6807
               Facsimile:  (919) 533-6338
               Email:  pneighbors@nc.rr.com

               THE NEIGHBORS LAW FIRM, P.C.

        By:    /s/ Patrick E. Neighbors
               PATRICK E. NEIGHBORS
               N.C. State Bar No. 27120
               2500 Regency Parkway
               Cary, North Carolina  27518
               Telephone:  (919) 654-6807
               Facsimile:  (919) 533-6338
               Email:  pneighbors@nc.rr.com

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5: 09 -CV- 00352 – F

| | |
|---|---|
| THE NEIGHBORS LAW FIRM, P.C., and PATRICK E. NEIGHBORS, as<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT, LP and HYSKY COMMUNICATIONS, LLC,<br><br>Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that on March 18th, 2010, I served the foregoing Motion to Exceed Page Limit in Reply upon counsel of record using the CM/ECF system:

    F. Hill Allen, Esq.
    Tharrington Smith, LLP
    209 Fayetteville Street Mall
    Post Office Box 1151
    Raleigh, NC  27602

    *Counsel for Defendant Highland Capital Management, LP*

    Barney Stewart III
    Bryan Cave, LLP
    One Wachovia Center
    301 S. College Street, Suite 3700
    Charlotte, NC  27202

    *Counsel for Defendant HySky Communications, LLC*

This the 18th day of March, 2010.

                        By:    /s/ Patrick E. Neighbors
                                PATRICK E. NEIGHBORS

3
Case 5:09-cv-00352-F   Document 29   Filed 03/18/10   Page 3 of 4

*Pro Se*
N.C. State Bar No. 27120
2500 Regency Parkway
Cary, North Carolina 27518
Telephone: (919) 654-6807
Facsimile: (919) 533-6338
Email: pneighbors@nc.rr.com


THE NEIGHBORS LAW FIRM, P.C.

By: /s/ Patrick E. Neighbors
PATRICK E. NEIGHBORS
N.C. State Bar No. 27120
2500 Regency Parkway
Cary, North Carolina 27518
Telephone: (919) 654-6807
Facsimile: (919) 533-6338
Email: pneighbors@nc.rr.com