UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CV-352-F

| | |
|---|---|
| THE NEIGHBORS LAW FIRM, P.C. and PATRICK E. NEIGHBORS, <br><br> Plaintiffs, <br><br> v. <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P. and HYSKY COMMUNICATIONS, LLC, <br><br> Defendants. | ORDER |

The court having been advised that the parties hereto have compromised and settled all matters in controversy among them, this action hereby is DISMISSED without prejudice to any party to reopen should settlement not be consummated on or before **April 15, 2011**. Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal With Prejudice on or before **April 15, 2011**.

SO ORDERED.    This the 14th day of March, 2011.

_James C. Fox_
James C. Fox
Senior United States District Judge