UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CV-352-F

| | | |
|---|---|---|
| THE NEIGHBORS LAW FIRM, P.C. and PATRICK E. NEIGHBORS, Plaintiffs, | ) ) ) ) | |
| v. | ) ) | ORDER |
| HIGHLAND CAPITAL MANAGEMENT, L.P. and HYSKY COMMUNICATIONS, LLC., Defendants. | ) ) ) ) ) | |

Pursuant to Local Rule 54.2 (E.D.N.C.),[1] it is ORDERED that juror costs for one day hereby are assessed equally against the parties in this case. Such juror costs in this case for the day of March 7, 2011, are as follows:

        18 Jurors

| | | |
|---|---|---|
| Attendance | @ $40.00 per day 1 day attendance | $ 720.00 |
| Mileage | @ $.51 per mile x 1,373 total miles | $ 700.23 |
| Parking | @ $5.00 per day 1 day attendance | $ 90.00 |
| TOTAL | | $1,510.23 |

---

[1] Local Rule 54.2 provides in pertinent part, "Whenever a civil action scheduled for jury trial is settled or otherwise disposed of in advance of the actual trial, then, except for good cause shown, juror costs for one day shall be assessed equally against the parties and their counsel, or otherwise assessed or relieved as directed by the court. Juror costs include attendance fees, per diem, mileage, and parking. No juror costs will be assessed if notice of settlement or other disposition of the case is given to the court one full business day prior to the scheduled trial date."

The plaintiffs, The Neighbors Law Firm, P.C. and Patrick E. Neighbors are ORDERED to pay to the Clerk of Court the sum of **$755.12** within 45 days of the date of this order. Furthermore, the defendant, Highland Capital Management, L.P. is ordered to pay the sum of **$755.11** within 45 days of the date of this order. Failure to do so will result in the issuance of an order to show cause why the non-complying party should not be held in criminal contempt for failure to comply with an order of this court.

SO ORDERED.

This the _16_ day of March, 2011.

James C. Fox
Senior United States District Judge

2

Case 5:09-cv-00352-F   Document 112   Filed 03/16/11   Page 2 of 2